# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    PATRICIA L. HAMILTON | : | Chapter 7 |
| | : | |
|    Debtor | : | Bankruptcy No. 19-13322 PMM |
| | : | |
| PATRICIA L. HAMILTON | : | Adversary No. 23-41 |
| | : | |
|    Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | : | |
| | : | |
|    Defendant | : | |

## **ORDER**

Upon consideration of the Complaint of Debtor to Determine Validity of Lien, and after notice and hearing, it is hereby

ORDERED AND DECREED that the Defendant's judgment in the amount of $918.65 against the Plaintiff in the Berks County Court of Common Pleas to Docket No. 12-14828 is not a lien against Plaintiff's real property located at 354 North Wyomissing Avenue, Shillington, Berks County, PA 19607. It is further

ORDERED AND DECREED that this Order may be recorded in the Berks County Office of the Prothonotary and shall be marked as a discharged debt in favor of Plaintiff.

BY THE COURT:

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge

**Date: August 8, 2023**